AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Edgar, RAllan | EDTN designated to WDMI | 7/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior - Inactive | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 1/1/2016<br>to<br>6/30/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
202 W. Washington Street, Ste. 229
Marquette, MI 49855

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | TRUST #1 |
| 2. Trustee | TRUST #2 |
| 3. Director | L.G. Kaufman Endowment Foundation |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2015 | Tennessee Consolidated Retirement System | $2,109.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Various | sale of small amount of handknit goods |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southeastern Trust Company-Chattanooga, TN, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - Vanguard Windsor II Fund | B | Dividend | L | T | Sold (part) | 01/14/16 | K | B | |
| 3. - Harbor International Fund | B | Dividend | M | T | | | | | |
| 4. - T Row Price New Era Fund | B | Dividend | L | T | | | | | |
| 5. - Harbor Capital App. Fund | A | Dividend | M | T | | | | | |
| 6. - Vanguard Mid-Cap Index Fund | B | Dividend | M | T | | | | | |
| 7. - CGM Realty Fund | A | Dividend | M | T | Buy (add'l) | 01/12/16 | J | | |
| 8. - Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 9. - Fidelity Focused Stock Fund | A | Dividend | K | T | | | | | |
| 10. - Macquarrie Infrastructure Co. Trust | A | Dividend | K | T | | | | | |
| 11. IBM Corp. 7.62% Bond | A | Interest | K | T | | | | | |
| 12. Federated Prime Oblig Money Fund | A | Interest | J | T | | | | | |
| 13. FedEx Corp. 8% Bond | B | Interest | K | T | | | | | |
| 14. Roche Holding 7% Bond | A | Interest | K | T | | | | | |
| 15. Conoco Phillips 5.75% Bond | A | Interest | K | T | | | | | |
| 16. U.S. Treasury 3.375% note | A | Interest | L | T | | | | | |
| 17. U.S. Treasury 3.125% Note | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Treasury 4.375% Note | A | Interest | K | T | | | | | |
| 19. Alerian MLP Fund | A | Dividend | K | T | | | | | |
| 20. Pimco Unconstrained Bond Fund | B | Interest | | | Sold | 05/05/16 | K | | |
| 21. Canadian Govt 2.75% Bond | | None | | | Sold | 02/03/16 | K | | |
| 22. Henderson European Focus Fd | A | Dividend | K | T | | | | | |
| 23. Wisdom Tree Emerging Markets Dividend Growth Fd | A | Dividend | K | T | | | | | |
| 24. Canadian Govt. 1.25% Bond | A | Interest | K | T | Buy | 02/05/16 | K | | |
| 25. Nokia Corp. Stock | A | Dividend | J | T | Buy | 01/20/16 | K | | |
| 26. iShares Consumer Services Fund | A | Dividend | K | T | Buy | 01/20/16 | K | | |
| 27. IRA No. 2 | | | | | | | | | |
| 28. Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 29. Spartan Total Market Index Fund | A | Dividend | K | T | | | | | |
| 30. Fidelity Div. Int'l Fund | A | Dividend | J | T | | | | | |
| 31. Fidelity Balanced Fund | A | Dividend | J | T | | | | | |
| 32. Fidelity Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 33. Fidelity Strategic Inc. Fd | A | Dividend | J | T | | | | | |
| 34. Fidelity Dividend Growth Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Strategic Dividend and Income | A | Dividend | J | T | | | | | |
| 36. Ameriprise Insured Money Mkt. Fd | A | Interest | J | T | | | | | |
| 37. I Shares 7-10 yr Treas. Bond ETF | A | Dividend | K | T | | | | | |
| 38. I Shares Cohen & Steers reit ETF | A | Dividend | J | T | | | | | |
| 39. I Shares S & P Small Cap ETF | A | Dividend | J | T | | | | | |
| 40. I Shares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 41. I Shares I Boxx Yield Corp Bd ETF | A | Dividend | J | T | | | | | |
| 42. SPDR S & P Midcap 400 ETF | A | Dividend | J | T | | | | | |
| 43. WisdomTree Emerging Markets Equity Inc ETF | A | Dividend | J | T | | | | | |
| 44. Public Storage Preferred Stk Fd | A | Dividend | J | T | | | | | |
| 45. J.P. Morgan Chase 2.2% bond | A | Interest | J | T | Buy | 06/01/16 | J | | |
| 46. TRUST #1: | | | | | | | | | |
| 47. - Fidelity Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 48. - Boise Cascade 7.35% bond | | None | | | Redeemed | 02/01/16 | J | | |
| 49. - U S Treasury 8.125% bond | A | Interest | J | T | | | | | |
| 50. - WalMart 7.55% bond | B | Interest | K | T | | | | | |
| 51. - Spartan Total market Index Fund | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Fidelity Div Int'l Fund | A | Dividend | K | T | | | | | |
| 53.  - Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 54.  - Fidelity Mega Cap Fd | A | Dividend | K | T | | | | | |
| 55.  I-Shares- Russell 2000 Index Fd | A | Dividend | L | T | | | | | |
| 56.  Fidelity High Income Fd | A | Dividend | K | T | | | | | |
| 57.  Fidelity Strategic Dividend & Income Fund | A | Dividend | K | T | | | | | |
| 58.  I Shares Cor S & P 500 ETF | A | Dividend | K | T | | | | | |
| 59.  Goldman Sachs BK 1.75% CD | A | Interest | L | T | | | | | |
| 60.  TRUST #2 | | | | | | | | | |
| 61.  - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 62.  - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 63.  - T Row Price New Era Fund | A | Dividend | K | T | | | | | |
| 64.  - Vanguard Mid-Cap Index Fd | A | Dividend | J | T | | | | | |
| 65.  - Vanguard Dividend Growth Fd | A | Dividend | J | T | | | | | |
| 66.  John Hancock Universal Life Insurance | B | Interest | K | T | | | | | |
| 67.  SunTrust Bank-Accounts | A | Interest | L | T | | | | | |
| 68.  M-Bank-Account (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage Account | | | | | | | | | |
| 70. Nuveen Municipal Value ETF | C | Dividend | L | T | | | | | |
| 71. I Shares DJ Select Div Index ETF | C | Dividend | L | T | | | | | |
| 72. I Shares Russell 1000 Growth Index ETF | A | Dividend | L | T | | | | | |
| 73. I Shares S & P Small Cap ETF | A | Dividend | K | T | | | | | |
| 74. I Shares I Boxx High Yield Bond ETF | B | Dividend | K | T | | | | | |
| 75. I SharesMSCI EAFE Growth Index ETF | A | Dividend | K | T | | | | | |
| 76. I Shares S & P Short Term Municipal Bond ETF | A | Dividend | K | T | | | | | |
| 77. I Shares Cohen & Steers Realty Reit ETF | A | Dividend | J | T | | | | | |
| 78. SPDR S & P Midcap 400 ETF | A | Dividend | K | T | | | | | |
| 79. Vanguard Large Cap ETF | A | Dividend | K | T | | | | | |
| 80. WisdomTree Emerging Market ETF | A | Dividend | J | T | | | | | |
| 81. I Shares 7-10 Year Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 82. I Shares Natl. Amt Free Muni Bond ETF | B | Dividend | K | T | | | | | |
| 83. Powershares Senior Loan Portfolio ETF | A | Dividend | J | T | | | | | |
| 84. SPDR S & P 500 ETF | A | Dividend | K | T | | | | | |
| 85. Harris County Tx Bond | A | Interest | L | T | Buy | 02/09/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Tracy MN Bond | A | Interest | L | T | Buy | 03/10/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 7/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII --

The listed trusts are family trusts for the benefit of a member of my family.
I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RAllan Edgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544